CATAWBA MEMORIAL HOSPITAL v.
N.C. DEPT. OF HUMAN RESOURCES

No. 569P93

Case below: 112 N.C.App. 557

Petition by petitioner for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

DUNCAN v. PIEDMONT AVIATION, INC.

No. 19P94

Case below: 112 N.C.App. 852

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

FLORENCE CONCRETE v. N.C.
LICENSING BD. FOR GEN. CONTRACTORS

No. 70PA94

Case below: 113 N.C.App. 270

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 April 1994.

FULKS v. STRATEGIC ORGANIZATIONAL SYSTEMS

No. 81P94

Case below: 113 N.C.App. 424

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 April 1994.

HAAS v. WARREN

No. 571PA93

Case below: 112 N.C.App. 574

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 7 April 1994.